IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES WINES,<br><br>*Plaintiff,*<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Defendant.* | No. 25-cv-10203 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant President and Fellows of Harvard College[1] ("Harvard") removes the civil action that Plaintiff James Wines has filed in state court, *James Wines v. President and Fellows of Harvard College d/b/a Harvard Medical School,* No. 2482CV01098 (Norfolk Super. Ct.), to this Court.

As grounds for removal, Harvard states as follows:

1. On November 8, 2024, Wines filed a civil action against Harvard in the Norfolk Superior Court ("the State Case"), alleging violations of the Religious Freedom Restoration Act ("RFRA") (Count VIII), the First, Fourth, and Fourteenth Amendments to the United States Constitution (Counts IV-VII), and various state law claims. *See* Complaint, attached as Ex. A.

2. Removal of the State Case is proper because, pursuant to 28 U.S.C. § 1331, this Court has federal question jurisdiction: according to the allegations in

---

[1] "President and Fellows of Harvard College" is the proper of name of the legal entity comprising Harvard University.

1

Wines' complaint, Harvard violated the RFRA and the U.S. Constitution (Counts IV-VIII). This Court has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

3. Removal of the State Case is timely because Wines served the summons and complaint on Harvard on January 7, 2025. *See* Summons and Superior Court Civil Action Cover Sheet, attached as Ex. B.

4. Harvard will promptly file a copy of this Notice of Removal with the Clerk of the Norfolk Superior Court. Pursuant to 28 U.S.C. § 1446(d), that filing will automatically cause the removal of the State Case to this Court, in its entirety and for all future proceedings.

        Respectfully submitted,

        **PRESIDENT AND FELLOWS OF HARVARD COLLEGE**

        By its attorneys,

        */s/ William Fick*
        William Fick (BBO #650562)
        Daniel N. Marx (BBO#674523)
        Amy Barsky (BBO #601111)
        FICK & MARX LLP
        24 Federal Street, 4th Floor
        Boston, MA  02110
        (857) 321-8360
        *dmarx@fickmarx.com*
        *abarsky@fickmarx.com*
        *wfick@fickmarx.com*

Dated: January 27, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that I have caused a copy to be served on Plaintiff's counsel by U.S. Mail and email, on January 27, 2025.

*/s/ William Fick*
William Fick