# Exhibit B

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT – MOTOR VEHICLE TORT – CONTRACT –
EQUITABLE RELIEF – OTHER)

Received
1-7-25
11:05am
HQ

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO.

James Wine, Jr. M.D., MPH, Plaintiff(s)

A TRUE COPY ATTEST
DEPUTY SHERIFF
Middlesex County

v.

President & Fellows of Harvard College, Defendant(s)
D/B/A Harvard Medical School

1/7/25
DATE OF SERVICE

### SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Sarah Milkovich plaintiff's attorney, whose address is Libby Hopes Brooks + Mulvey 260 Franklin St. Boston, MA 02110 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Michael D. Ricciuti, Esquire }, at _____ the _____

day of _____, in the year of our Lord two thousand and _____

_____ Clerk.

NOTES:
1. This summons is issued pursuant to Rules 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each such defendant, each should be addressed to the particular defendant.

F-33

| CIVIL ACTION COVER SHEET | DOCKET NUMBER<br>**2482CV01098** | Massachusetts Trial Court<br>Superior Court | 2 |
|---|---|---|---|
| | | **COUNTY** Norfolk Superior Court (Dedham) | |

| Plaintiff | James D. Wines, Jr., M.D., M.P.H. | Defendant: | President & Fellows of Harvard College d/b/a Harvard Medical School |
|---|---|---|---|
| ADDRESS: | 7 Peterson Road<br>Quincy, MA 02169 | ADDRESS: | 1033 Massachusetts Avenue, Suite 3<br>Cambridge, MA 02138-5366 |
| Plaintiff Attorney: | Sarah Milkovich | Defendant Attorney: | |
| ADDRESS: | 260 Franklin Street<br>Boston, MA 02110 | ADDRESS: | |
| BBO: | 705661 | BBO: | |

**TYPE OF ACTION AND TRACK DESIGNATION** (see instructions section on next page)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| E17 | Civil Rights Act, contract, and related claims. | A | ☒ YES  ☐ NO |

*If "Other" please describe:

**Is there a claim under G.L. c. 93A?**  ☒ YES  ☐ NO

**Is there a class action under Mass. R. Civ. P. 23?**  ☐ YES  ☒ NO

**STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. (Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

**TORT CLAIMS**

A. Documented medical expenses to date
  1. Total hospital expenses
  2. Total doctor expenses
  3. Total chiropractic expenses
  4. Total physical therapy expenses
  5. Total other expenses (describe below)

Subtotal (1-5): $0.00

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below)
Please see filed Rule 29 Statement.

TOTAL (A-F): $0.00

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:
Please see filed Rule 29 Statement.

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | Please see filed Rule 29 Statement. | |
| | Total | |

Signature of Attorney/Self-Represented Plaintiff: X  /s/ Sarah Milkovich    Date: November 8, 2024

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION UNDER S.J.C. RULE 1:18(5)**

I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney: X  /s/ Sarah Milkovich    Date: November 8, 2024

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                SUPERIOR COURT DEPARTMENT OF
THE TRIAL COURT

| | |
|---|---|
| JAMES WINES,<br><br>      Plaintiff,<br><br>v.<br><br>PRESIDENT & FELLOWS OF HARVARD COLLEGE d/b/a HARVARD MEDICAL SCHOOL<br><br>      Defendant. | Civil Action No. 2482CV01098 |

**PLAINTIFF'S STATEMENT PURSUANT TO RULE 29**

NOW COME the plaintiff, James D. Wines, Jr., M.D., M.P.H., in the above-entitled action and hereby states that as a direct and proximate result of the defendant's breaches of contract; breaches of the implied covenant of good faith & fair dealing negligence; civil conspiracy; and violations of the United States Constitution, the Massachusetts Constitution, G.L. c. 12, §§ 11H–11J, 42 U.S.C. § 2000bb-1, and G.L. c. 93A, §§ 2, 11, Dr. Wines was caused to suffer financial, emotional, and reputational harms.

Specifically, Dr. Wines alleges that Defendant President & Fellows of Harvard College, doing business as its Harvard Medical School ("Defendant," "Harvard," or "HMS"), wrongfully and discriminatorily deprived Dr. Wines of his earned academic appointment to the HMS faculty as an Instructor of Psychiatry. Dr. Wines alleges that he was terminated by HMS on or around November 10, 2021, without cause, without notice, and as a result of discriminatory action taken

against Dr. Wines because of his sincerely held religious beliefs and medical conditions. Dr. Wines alleges that as a direct and proximate result of HMS's wrongful, discriminatory removal of Dr. Wines's academic appointment, Dr. Wines has suffered lost wages; lost benefits; costs related to survival without income from work; stress to Dr. Wines and his family; reputation harms; and the loss of potential future research, publication, grant, employment, and other professional opportunities.

In the event of recovery, the plaintiff believes, and therefore avers that recovery will be in excess of Fifty Thousand ($50,000.00) Dollars.

The plaintiff reserves the right to introduce further evidence at the time of trial.

Respectfully submitted,

James D. Wines, Jr., M.D., M.P.H.,

By his Attorneys

Dated: November 8, 2024

/s/ Sarah M. Milkovich
Sarah M. Milkovich (BBO No. 705661)
Douglas S. Brooks (BBO No. 636697)
LIBBY HOOPES BROOKS & MULVEY, P.C.
260 Franklin Street
Boston, MA 02110
(617) 338-9300
smilkovich@lhbmlegal.com
dbrooks@lhbmlegal.com