IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES WINES,<br><br>    *Plaintiff*,<br><br>v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    *Defendant*. | No. 25-cv-10203 |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Defendant President and Fellows of Harvard College.[1]

    Respectfully submitted,

    */s/ Daniel N. Marx*
    Daniel N. Marx (BBO#674523)
    FICK & MARX LLP
    24 Federal Street, 4th Floor
    Boston, MA  02110
    (857) 321-8360
    *dmarx@fickmarx.com*

Dated: January 27, 2025

**CERTIFICATE OF SERVICE**

I certify that this document filed on January 27, 2025 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    */s/ Daniel N. Marx*
    Daniel N. Marx

---

[1] "President and Fellows of Harvard College" is the proper of name of the legal entity comprising Harvard University.