**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES WINES,<br><br>    *Plaintiff,*<br><br>    v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE,<br><br>    *Defendant.* | No. 25-cv-10203 |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Defendant President and Fellows of Harvard College.

Respectfully submitted,

*/s/ Amy Barsky*
Amy Barsky (BBO #601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA  02110
(857) 321-8360
*abarsky@fickmarx.com*

Dated: February 3, 2025

**CERTIFICATE OF SERVICE**

I certify that this document filed on February 3, 2025 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Amy Barsky*
Amy Barsky