IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES WINES<br>   *Plaintiff*,<br><br>   v.<br><br>PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE,<br>   *Defendant*. | No.  1: 25-cv-10203-FDS |

### ASSENTED-TO MOTON FOR EXTENSION OF TIME
### TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

Defendant, President and Fellows of Harvard College ("Harvard") with the assent of the Plaintiff, respectfully request an extension of time through and including March 28, 2025, in which to file an Answer or other responsive pleading.

As grounds for this motion, undersigned counsel state that Harvard removed this action to this Court on January 27, 2025. The requested extension will afford Harvard an opportunity to consult with counsel about the facts, circumstances, and legal claims at issue in order to formulate an appropriate responsive pleading.

[*signature block on following page*]

Respectfully submitted,

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**

By its attorneys,

*/s/ William Fick*
William Fick (BBO #650562)
Daniel N. Marx (BBO#674523)
Amy Barsky (BBO #601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA  02110
(857) 321-8360
*dmarx@fickmarx.com*
*abarsky@fickmarx.com*
*wfick@fickmarx.com*

**Certificate of Service**

I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 3, 2025.

*/s/ William Fick*