UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**James Wines**

          Plaintiff,

    V.                              CIVIL ACTION NO. 1:25-10203-LTS

**President and Fellows of Harvard College**

          Defendant.

## ORDER OF DISMISSAL

Sorokin, D. J.

     In accordance with the Court's ORDER ON MOTION TO DISMISS, Dkt, No. 22, dated September 22, 2025, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                          By the Court,

9/22/2025                                       /s/ Flaviana de Oliveira
Date                                            Deputy Clerk